Outlook

## [EXTERNAL] Message Received To List

**From** Wilson Sonsini LISTSERV Server (17.5) <LISTSERV@LIST.WSGR.COM>
**Date** Wed 11/11/2026 8:31 AM
**To** Rebekah Borrelli <Rebekah@vca.law>

This is an automated response and confirms receipt of your email.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.